IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PANG PADICHIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:04-cv-388-MJR |
| | ) | |
| M. WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court, sua sponte, on the Order to Show Cause issued by this Court on September 8, 2006 (Doc. 9). For the reasons set forth below, it is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE** and that the Court adopt the following findings of fact and conclusions of law:

**FINDINGS OF FACT**

Plaintiff filed this lawsuit on June 7, 2004, while he was an inmate at the Centralia Correctional Center in Centralia, Illinois. Although it was originally filed in the Northern District of Illinois, the case was transferred to the Southern District of Illinois on June 7, 2004 (Doc. 4). On July 11, 2006, United States District Judge Michael J. Reagan issued a 28 U.S.C. § 1915A screening order in which Plaintiff was ordered to submit to the Clerk of the Court, by August 11, 2006, USM-285 forms for service of process by the United States Marshal. The Order, and blank USM-285 forms, were mailed to Plaintiff and there is no indication that it was returned undeliverable.

On September 8, 2006, this Court issued an Order to Show Cause directing Plaintiff to indicate he has failed to submit to the Clerk the required forms within the deadline provided by Judge Reagan by September 25, 2006. The Order was mailed to Plaintiff at the address on record. This order also was not returned as undeliverable, and Plaintiff has failed to respond in any way to the Order to Show

Cause.  Plaintiff was warned that failure to show cause or submit the necessary forms shall result in a report and recommendation that this matter be dismissed for want of prosecution.

### CONCLUSIONS OF LAW

Plaintiff has been given ample opportunity to prosecute this case.  He has failed to comply with both the July 11, 2006 Order and the September 8, 2006 Order to Show Cause.  It is clear that Plaintiff is failing to timely prosecute this matter and has failed to comply with two Orders of this Court.  Plaintiff has been adequately warned that the failure to participate will result in this Recommendation that his lawsuit be dismissed without prejudice.  See Fischer v. Cingular Wireless, LLC, 446 F.3d 665-666 (7th Cir. 2006).  Plaintiff has offered no excuse for the failure to prosecute.  Therefore, it is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE**.

### CONCLUSION

For the reasons set forth above, it is **RECOMMENDED** that the matter be **DISMISSED WITHOUT PREJUDICE** and that the Court adopt the foregoing findings of fact and conclusions of law.  The clerk is **DIRECTED** to mail this Report and Recommendation to Plaintiff's address of record.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 73.1(b), the parties shall have ten (10) days after service of this Recommendation to file written objections thereto.  The failure to file a timely objection may result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  Snyder v. Nolen, 380 F.3d 279, 284 (7th Cir. 2004); United States v. Hernandez-Rivas, 348 F.3d 595, 598 (7th Cir. 2003).

**DATED: March 16, 2007**

                                                    *s/ Donald G. Wilkerson*
                                                   **DONALD G. WILKERSON**
                                                   **United States Magistrate Judge**